IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| LINDSAY SCHMITZ, | * | |
| Plaintiff, | * | 4:18-cv-00015 |
| v. | * | |
| WETSCH & ABBOTT PLC, | * | ORDER |
| Defendant. | * | |

This matter is before the Court for entry of a stay of proceedings in the above-captioned matter.  At oral argument on March 28, 2018, regarding Defendant's Motion to Dismiss, ECF No. 6, the parties discussed the potentially dispositive effect of the Eighth Circuit's ruling in its presently pending case, *Van Gorp v. Commerce Bank*, No. 17-3741.  *See Van Gorp v. Commerce Bank*, No. 4:17-cv-00189 (S.D. Iowa Nov. 13, 2017).  In light thereof and in consideration of the parties' representations to the Court, all proceedings in this matter are hereby stayed pending the Eighth Circuit's decision in *Van Gorp*.

IT IS SO ORDERED.

Dated this 30th day of March, 2018.

_____
ROBERT W. PRATT, Judge
U.S. DISTRICT COURT